10/29/06

TO: Clerk of Court for Honorable Judge Cindy Jorgenson
RE: Follow up information for witness
Case #'s  CR 03-1324-TUC-CKJ
CR 04-688-TUC-CKJ ✓

FILED ___ LODGED ___
RECEIVED ___ COPY ___
NOV - 1 2006
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Response: I have confirmed that Ms. Christina(?) Lowenstein will be available on day the Court has requested to serve as a testifying person with regards to several matters before the Court. It is my understanding that she will be contacted telephonically and, along with myself, conferenced together at the hearing.

I hereby request of the Court to contact Ms. Lowenstein via written instrument sent through U.S. Mail the exact time and date of the Court hearing. Furthermore, to avoid confusion on her part, that the time be listed as "Eastern Standard Time" (EST) since she is located in Connecticut. In addition, if the Court has not already done so, to re-setup the call with the date/time with the contact person here at Fort Dix, who is Counselor Corbello as previously indicated.

Finally, I request of the Court to order that Fort Dix staff provide me with the ability to make the necessary legal calls to Ms. Lowenstein for coordination purposes related to her serving as the witness. These calls to be made after 6:00 pm (EST) from a telephone that is both secure and unrecorded, and private to be able to conduct necessary pre-interview and interview information. Permission and instruction to be granted



via Judicial motion sent via Certified mail to my attention here at Fort Dix.

The Address and Telephone Number of Ms. Lowenstein is indicated below.

Most Sincerely

ANTHONY LOWENSTEIN
# 1134 3196

Ms. Victoria de Mar Lowenstein
50 Rockwell Avenue, 2nd Floor
Greenwich, CT 06840
Telephone   203-861-0816

10/29/06

ADDENDUM

I hereby request of the court of the Honorable Judge Cindy Jorgenson the ability of the defendant Anthony P. Lowenstein to coordinate additional witnesses besides Ms. Victoria deMey Lowenstein, who will corroborate testimony on my part. The important matter is that I be allowed to contact via telephone my previous court appointed Attorney, MR. William Calloway of Tucson, Arizona. That I be allowed to contact him using the same un-recorded, private telephone to contact Ms. Lowenstein for the purposes of discussing testimonial issues related to the case at hand.

Such permission to be granted via Judicial Motion and order to be sent to my attention at Fort Dix Federal Correctional Institution.

Sincerely

*[signature]*

Anthony P. Lowenstein