IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANTHONY P. LOWENSTEIN, ) <br> ) <br> Defendant. ) <br> ) | No. CR 03-1324-TUC-CKJ <br> CR 04-688-TUC-CKJ <br><br> **ORDER** |

The Court has received and reviewed Defendant's October 29, 2006, document. Defendant informs the Court that Ms. Victoria de Mar Lowenstein will be testifying at the November 27, 2006, hearing. The hearing is scheduled for 11:00 a.m. Tucson time and the Court will initiate the telephone call to Ms. Lowenstein when Defendant calls her as a witness. The Court notifies Defendant and Counselor Corbello that the recent time change did not affect the time in Tucson, Arizona; accordingly, 11:00 a.m. Tucson time is 1:00 p.m. New Jersey time. The Court notifies Ms. Lowenstein that 11:00 a.m. Tucson time is 1:00 p.m. Connecticut time.

Defendant has requested the Court to order Fort Dix personnel to provide him with the ability to make necessary legal calls to Ms. Lowenstein and other potential witnesses for coordination purposes. The Court finds it appropriate for Fort Dix personnel to determine if, under their policies and procedures, Defendant should be provided with the ability to make un-recorded private telephone calls. Accordingly, the Court declines to grant this request.

1  Defendant may contact Ms. Lowenstein and other persons through the U.S. Mail. If
2  Defendant needs further time to complete this coordination, he may request a continuance
3  of the hearing.
4      IT IS ORDERED the Clerk of the Court shall mail a copy of this Order to the
5  following persons:

    Anthony Lowenstein
    Buidling 5852, Third Floor
    Federal Correctional Institution
    P.O. Box 7000
    Fort Dix, New Jersey  08640

    Counselor Corbello
    Federal Correction Institution
    P.O. Box 7000
    Fort Dix, New Jersey  08640

    Victoria de Mar Lowenstein
    50 Rodwell Avenue, 2nd Floor
    Greenwich, Connecticut  06840

    DATED this 9th day of November, 2006.

_____
Cindy K. Jorgenson
United States District Judge