Case 4:04-cr-00688-CKJ-CRP   Document 31   Filed 04/13/09   Page 1 of 2

| PROB 22<br>(Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)*<br>04CR00688-001-TUC-CKJ |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

FILED ___ LODGED ___
RECEIVED ___ COPY
APR 13 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>ANTHONY P. LOWENSTEIN<br>68 Burton, 2nd Floor<br>Hartford, Connecticut 06112 | DISTRICT<br>District Of Arizona | DIVISION<br>Tucson |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Cindy K. Jorgenson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: April 11, 2005 | FROM<br>District of Arizona / TO<br>District of Connecticut |

**OFFENSE**

Possession of Child Pornography, 18 U.S.C. §§ 2252(a)(5)(B) and (b)(2)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Connecticut upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3-27-09
Date

The Honorable Cindy K. Jorgenson
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Connecticut

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3-31-09
Effective Date

The Honroable
United States District Judge

# UNITED STATES DISTRICT COURT
### District of Connecticut
#### U. S. Probation Office

**Edward S. Chinn**
Chief United States Probation Officer

157 Church St., 22nd Floor
New Haven, CT 06510
Phone: 203.773.2100
Fax: 203.773.2200

April 8, 2009

New Haven

450 Main St., Room 735
Hartford, CT 06103
Phone: 860.240.3661
Fax: 860.240.2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: 203.579.5707
Fax: 203.579.5571

Mario Moreno, CUSPO

United States Probation
Evo A. DeConcini United States Courthouse,
Suite 2400
405 West Congress Street
Tucson, AZ 85701-1380

Attention:   Kathleen C. Nunez
             U.S. Probation Officer

RE:   **LOWENSTEIN, Anthony**
      Dkt. No. 3CR)1324(RNC)
      **TRANSFER OF JURISDICTION**

Dear Ms. Nunez:

I am enclosing the Probation Form 22, Transfer of Jurisdiction that has been signed by the Honorable Robert C. Chatigny, Chief U.S District Judge. Please forward this to your clerk's office and request that they forward the file to our clerk's office at the U.S. District Court, 141 Church Street, New Haven, Connecticut 06510. Thank you for your assistance.

If additional information is needed, please do not hesitate to contact me at (203) 773-2100.

Sincerely,

**EDWARD SCOTT CHINN**
**CHIEF U.S. PROBATION OFFICER**

Paul Collette
Senior U.S. Probation Officer

PC/rb