# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
130 SANDRA DAY O'CONNOR
UNITED STATES COURTHOUSE
401 WEST WASHINGTON STREET
PHOENIX, ARIZONA 85003-2146

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
130 SANDRA DAY O'CONNOR
UNITED STATES COURTHOUSE
401 WEST WASHINGTON STREET
PHOENIX, ARIZONA 85003-2146

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701

April 15, 2009

Ms. Robin Tabora, Clerk
United States District Court
214 Richard C. Lee
United States Courthouse
141 Church Street
New Haven, CT 06510

Re: Tucson Case: 4:04CR00688-001-TUC-CKJ
    Anthony P. Lowenstein
    Transfer of Jurisdiction

Dear Clerk:

Transfer of jurisdiction having been approved in the above entitled case, enclosed are certified copies of the following:

1. Transfer of Jurisdiction
2. Indictment
3. Judgment
4. Docket Sheet

Please acknowledge receipt of same on the enclosed copy of this letter and return to the Tucson office for filing.


Sincerely,


/s/ Cassidy L. James
Cassidy L. James, Clerk


*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*